**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated: June 28 2019**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 19-31501 |
| John Patrick Berkey<br>Deya Rainess AKA Deya Berkey,<br>AKA Deya C Basciano, AKA Deya<br>D Chikvashvili, AKA Deya C.<br>Rainess | Chapter 7<br><br>Judge John P. Gustafson<br>* * * * * * * * * * * * * * * *<br>**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT (FIRST MORTGAGE) (DOCKET NO. 8)** |
| Debtor(s). | 808 Castalia St, Bellevue, OH 44811 |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Specialized Loan Servicing, LLC ("Creditor"), by and through its mortgage servicing agent Specialized Loan Servicing, LLC, (Docket 8). Creditor has alleged that good cause for granting the Motion exists, and that John Patrick Berkey and Deya Rainess AKA Deya Berkey, AKA Deya C Basciano, AKA Deya D Chikvashvili, AKA Deya C. Rainess (collectively, "Debtor"), counsel for the Debtor, the Chapter 7 Trustee, and all other necessary

19-019244_VMP

parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 808 Castalia St, Bellevue, OH 44811.

###

**SUBMITTED BY**:

/s/Stephen R. Franks
Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

Copies to:

    Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

    Ericka S. Parker, Chapter 7 Trustee, esparker@sbcglobal.net(notified by ecf)

    Reese M. Wineman, Attorney for John Patrick Berkey and Deya Rainess AKA Deya Berkey,

AKA Deya C Basciano, AKA Deya D Chikvashvili, AKA Deya C. Rainess, reesewinemanbk@hotmail.com(notified by ecf)

John Patrick Berkey and Deya Rainess AKA Deya Berkey, AKA Deya C Basciano, AKA Deya D Chikvashvili, AKA Deya C. Rainess, 808 Castalia Street, Bellevue, OH 44811-1123
(notified by regular US Mail)

John Patrick Berkey, Deya Rainess AKA Deya Berkey, AKA Deya C Basciano, AKA Deya D Chikvashvili, AKA Deya C. Rainess and Bridget M. Wood Berkey, 808 Castalia St, Bellevue, OH 44811
(notified by regular US Mail)

Huron County Treasurer, 16 East Main Street , Norwalk , OH 44857
(notified by regular US Mail)